# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2180

_____

William Bradford,                               *
                                                *
              Appellant,                        *
                                                *    Appeal from the United States
       v.                                       *    District Court for the
                                                *    Eastern District of Missouri.
Alan Blake, Chief Operations Officer,           *
MSOTC; Martha Bellew-Smith, Chief               *
of Clinical Services; Flora Ashton,             *    [UNPUBLISHED]
Registered Nurse IV also known as               *
Sam; Linda Meade, Clinical                      *
Psychologist; Mary Beth Rowe,                   *
Registered Nurse IV; Michelle                   *
Whitworth, Registered Nurse III;                *
Connie Roberts, Registered Nurse III;           *
Pam Yoder, Registered Nurse III;                *
John and Jane Does,                             *
                                                *
              Appellees.                        *

_____

Submitted: June 29, 2007
    Filed: July 5, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

William Bradford, a detainee at the Missouri Sexual Offender Treatment Center, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having considered Bradford's arguments and carefully reviewed the record, we find no basis for overturning the district court's well-reasoned decision. See Johnson v. Hamilton, 452 F.3d 967, 971-72 (8th Cir. 2006) (summary judgment standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.